| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

26 U.S.C. § 7206(1) - False Tax Return (3 counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

**PENALTY:**

26 U.S.C. § 7206(1) - 3 years prison, $250,000 fine, 1 year Supervised Release, 100 assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**

▶ ROSELIO SIQUIJOR MANUEL

DISTRICT COURT NUMBER

CR 09 0898

FILED
SEP 8 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  JOSEPH P. RUSSONIELLO

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  THOMAS NEWMAN, AUSA, TAX DIV.

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
Roselio Siquijor Manuel
24357 Michelson Street
Hayward, CA 94545

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND



FILED
SEP - 8 2009
RICHARD W. WIEKING
CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

E-filing

CR 09 0898 PJH

ROSELIO SIQUIJOR MANUEL,

DEFENDANT(S).

## INDICTMENT

26 U.S.C. § 7206(1) - False Tax Return (3 counts)

A true bill.

_____
Foreman

Filed in open court this __8th__ day of
__Sept. 2009__.

_Karen L. Hom_      KAREN L. HOM
JOSEPH C. SPERO        Clerk
UNITED STATES MAGISTRATE JUDGE

Bail, $ __Summons__



1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3
4
5
6  E-filing
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11 UNITED STATES OF AMERICA,        ) No. CR-09      0898
                                    )
12         Plaintiff,                ) VIOLATIONS:
                                    ) 26 U.S.C. § 7206(1): False Tax Return
13    v.                             ) (THREE COUNTS)
                                    )
14 ROSELIO SIQUIJOR MANUEL,         )
                                    )
15         Defendant.                ) OAKLAND VENUE
   _____)
16
17                           I N D I C T M E N T
18 The Grand Jury charges:
19 COUNT ONE: (26 U.S.C. § 7206(1) - Fraud and False Statements)
20     On or about May 13, 2004, in the Northern District of California,
21                    ROSELIO SIQUIJOR MANUEL,
22 then a resident of Hayward, California, did willfully make and subscribe a U.S. Individual
23 Income Tax Return, Form 1040, for 2003, which was verified by a written declaration that it was
24 made under the penalties of perjury and was filed with the Internal Revenue Service, which said
25 Form 1040 he did not believe to be true and correct as to every material matter in that the said
26 Form 1040 reported gross receipts from the Asian Pinoy Flavor restaurant in 2003 was $71,594
27 whereas, as he then and there well knew and believed, the gross receipts was more than the
28 amount reported.
   INDICTMENT
                                         1

In violation of Title 26, United States Code, Section 7206(1).

COUNT TWO: (26 U.S.C. § 7206(1) - Fraud and False Statements)

On or about April 15, 2005, in the Northern District of California,

ROSELIO SIQUIJOR MANUEL,

then a resident of Hayward, California, did willfully make and subscribe a U.S. Individual Income Tax Return Form 1040, for 2004, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Form 1040 he did not believe to be true and correct as to every material matter in that the said Form 1040 reported gross receipts from the Asian Pinoy Flavor restaurant in 2004 was $107,891 whereas, as he then and there well knew and believed, the gross receipts was more than the amount reported.

In violation of Title 26, United States Code, Section 7206(1).

COUNT THREE: (26 U.S.C. § 7206(1) - Fraud and False Statements)

On or about April 15, 2006, in the Northern District of California,

ROSELIO SIQUIJOR MANUEL,

then a resident of Hayward, California, did willfully make and subscribe a U.S. Individual Income Tax Return Form 1040, for 2005, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Form 1040 he did not believe to be true and correct as to every material matter in that the said Form 1040 reported gross receipts from the Asian Pinoy Flavor restaurant in 2005 was $122,305 whereas, as he then and there well knew and believed, the gross receipts was more than the amount reported.

In violation of Title 26, United States Code, Section 7206(1).

///

|   |   |
|---|---|
| Dated: 9/8/09 | A True Bill<br><br>*[signature]*<br>FOREPERSON |

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*

BRIAN STRETCH
Chief, Criminal Section

Approved as to Form

*[signature]*

THOMAS M. NEWMAN
Assistant United States Attorney

INDICTMENT

3